FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW BOWMAN JAMES,<br><br>　　　　　　Defendant. | Case No. SA 16-0518M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Lack of bail resources; background information unverified; instant allegations.*

///

Case 8:16-mj-00518-DUTY   Document 7   Filed 11/14/16   Page 2 of 2   Page ID #:19

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Prior criminal history; instant allegations.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 11/14/2016

DOUGLAS F. McCORMICK
United States Magistrate Judge

2